IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JARVIS K. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:11-cv-109-MEF |
| | ) [wo] |
| DANNY JOHNSON | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On April 8, 2011, the Magistrate Judge issued a Report and Recommendation (Doc. 9) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

(1) The Report and Recommendation of the Magistrate Judge is ADOPTED.

(2) Plaintiff's claims are DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B).

(3) Any other outstanding motions are DENIED as moot.

DONE this the 2nd day of May, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE